IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>JONATHAN BLAKENEY,<br><br>    *Defendant.* | DOCKET NO. 3:25-CR-79<br><br>DOCUMENTS IN SUPPORT OF<br><br>RELEASE |

    Mr. Jonathan Blakeney, by and through stand in counsel, Assistant Federal Public Defender Carson Smith, hereby submits documentary evidence in support of his argument for release at his detention hearing scheduled for today, May 6, 2025. These documents are relevant to Mr. Blakeney's family ties, employment, length of residence in the community, and community ties and shall be considered by the judicial officer pursuant to 18 U.S.C. § 3142(g).

                                                Respectfully Submitted,

                                                <u>s/ Carson Smith</u>
                                                CARSON SMITH
                                                Asst. Federal Public Defender
                                                Federal Defenders for the Western District of NC
                                                129 W. Trade St., Suite 300
                                                Charlotte, N.C. 28202
                                                (704) 374-0720
                                                Carson_smith@fd.org

DATE: May 6, 2025

Dear Judge Rodriguez,

My name is Teresa Blakeney, and I am writing in support of my son, Jonathan Blakeney, as the Court considers whether he may remain free pending his detention hearing. I am 61 years old and works as a custodian for Union County for 28 years. I have lived in Monroe, North Carolina for many years at 3921 Blakeney Road, and I have known Jonathan his entire life—not only as his mother, but as someone who has watched him grow into a hardworking, caring, and dependable man.

Jonathan has always been an active presence in our family. He helps me regularly around the house with repairs as the home is old and requires regular maintenance, and he takes pride in keeping our home and family business running. Our family owns a small concrete business, and Jonathan is essential to its operation—especially during the spring and summer, which are the busiest times of the year. He manages several pending jobs and leads a work crew that depends on him for both direction and steady income. Without him, the business—and the livelihood of others—would be at risk. He is also passionate about gardening, planting vegetables each season so we have fresh food at home, and he enjoys fishing and caring for animals.

More importantly, Jonathan is a devoted father to his five children and a proud grandfather. He looks forward to spending time with them and is actively involved in their lives. I believe he has the potential to make meaningful changes because I have seen how much he values his family and his role in our community. Jonathan has consistently demonstrated a generous spirit—always willing to lend a hand to neighbors and friends. His heart is in the right place, and he is surrounded by people who believe in him.

As his mother, I will continue to provide Jonathan with a stable place to live in my home. I will also support him in his efforts to remain a productive and responsible citizen. I truly believe he is committed to moving forward in a positive direction and that he is capable of rehabilitation. He has much to offer—not just to our family, but to the community and economy through his hard work.

Thank you for considering this letter in support of Jonathan's release pending his hearing.

Sincerely,
**Teresa Blakeney**

**Jonathan "Johnny" Blakeney Business Card**

