UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:25-cr-79-MOC |
| v. | **FACTUAL BASIS** |
| JONATHAN BRANDON BLAKENEY | *Plea Agreement* |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. The defendant, Jonathan Brandon Blakeney, sold cocaine to a confidential human source working with the ATF on December 17, 2024, January 23, 2025, February 20, 2025, and March 5, 2025.

2. Blakeney sold firearms to the same source on March 5, 2025 and on April 10, 2025.

3. Blakeney sold approximately 3.5 grams of cocaine and a Taurus (Rossi) .20 gauge shotgun to the source in a single transaction on March 5, 2025. The shotgun was manufactured outside the state of North Carolina.

4. On April 10, 2025, the source contacted Blakeney to purchase another 3.5 grams of cocaine. Blakeney informed the source that he was out of cocaine, but had two firearms to sell the source instead. The source then purchased the two firearms from Blakeney.

5. All of the transactions between Blakeney and the source occurred in Union County, North Carolina.

6. On April 20, 2025, Blakeney was arrested in his residence, and law enforcement agents executed a search warrant concomitant with Blakeney's arrest. Agents seized suspected cocaine, suspect marijuana and eight firearms from Blakeney's residence.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____     DATED: 7-28-25
Nicole Lybrand, Attorney for Defendant